1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN JOSE DIVISION

10   Kathleen Moyer,                          NO. C 09-04863 JW

11           Plaintiff,                       **ORDER TO SHOW CAUSE
                                              RE: SETTLEMENT**
        v.
12
     Encore Receivable Management, Inc., et al,
13
             Defendant.
14   _____/

15         On November 13, 2009, Defendant informed the Court that the above-entitled matter has

16   reached a settlement.  (See Docket Item No. 7.)  In light of the settlement, the Court vacates all trial

17   and pretrial dates.  On or before **January 15, 2010**, the parties shall file a stipulated dismissal

18   pursuant to Federal Rule of Civil Procedure 41(a).

19         If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

20   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **January 25, 2010 at**

21   **9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P.

22   41(b).  On or before **January 15, 2010**, the parties shall file a joint statement in response to the

23   Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for

24   finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

25   If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

26   vacated.

27
28

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2    this action.

3

4    Dated:  November 24, 2009                    _____

5                                                JAMES WARE
                                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                 2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David J. Kaminski kaminskd@cmtlaw.com
Todd Michael Friedman tfriedman@attorneysforconsumers.com

**Dated:  November 24, 2009**                                    **Richard W. Wieking, Clerk**

**By:** _____/s/ JW Chambers_____
          **Elizabeth Garcia**
          **Courtroom Deputy**