*IT IS SO ORDERED*
*[signature: James Ware]*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| KATHLEEN MOYER,<br><br>        Plaintiff,<br><br>vs.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC.,<br><br>        Defendant. | CASE NO. CV 09 04863 JW (RS)<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE<br><br>[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] |

The Court has reviewed the Stipulation of Plaintiff KATHLEEN MOYER ("Plaintiff") and Defendant ENCORE RECEIVABLE MANAGEMENT, INC., ("Encore") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

1.      1.      That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to
2.  FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**PURSUANT TO STIPULATION IT IS SO ORDERED**

The Court terminates any remaining pending deadlines, hearings, and motions. The Clerk shall close this file.

DATED: __January 12, 2010__

_____
UNITED STATES DISTRICT JUDGE